Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Megan Caywood

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Megan Caywood, | Case No.: |
| Plaintiff, | |
| v. | **COMPLAINT** |
| Law Offices of John C. Bonewicz, P.C., | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

## PLAINTIFF'S COMPLAINT

MEGAN CAYWOOD (Plaintiff), through attorneys, KROHN & MOSS, LTD., alleges the following against LAW OFFICES OF JOHN C. BONEWICZ, P.C. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona; therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

**PARTIES**

5. Plaintiff is a natural person residing in Phoenix, Maricopa County, Arizona.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant is a collections business with an office in Skokie, Illinois.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

10. In or around April of 2011, Defendant began placing collection calls to Plaintiff in connection with an alleged debt.

11. Plaintiff has explained to Defendant's representatives on numerous representatives that she is unable to pay any amount presently or in the near future, as she is a single mother experiencing severe financial hardship.

12. Defendant's representative, one "Mr. Stewart," has told Plaintiff that if payment was not made as demanded, Defendant would be garnishing Plaintiff's wages.

13. Soon thereafter, Defendant's representative told Plaintiff, "We only needed to speak with you once- now we are proceeding further with wage garnishment."

14. Despite the foregoing, Defendant has continued to call Plaintiff unabated, several times per week, seeking and demanding payment for an alleged debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on, but not limited to, the following:

   a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt;

   b. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person called at that number;

   c. Defendant violated §1692e(5) of the FDCPA by threatening to take any action that cannot be legally taken or is not intended to be taken; and

   d. Defendant violated §1692e(10) of the FDCPA by making false or deceptive representations in connection with the debt collection.

WHEREFORE, Plaintiff, MEGAN CAYWOOD, respectfully requests judgment be entered against Defendant, LAW OFFICES OF JOHN C. BONEWICZ, P.C., for the following:

16. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

18. Any other relief that this Court deems appropriate.

1                                             RESPECTFULLY SUBMITTED,

2   DATED: July 14, 2011                KROHN & MOSS, LTD.

4                                   By: _____

5                                         Ryan Lee
                                          Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

    Plaintiff, MEGAN CAYWOOD, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, MEGAN CAYWOOD, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _June 29, 2011_         _/s/ Megan Caywood_
                                                   MEGAN CAYWOOD