IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Megan Caywood,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Law Offices of John C. Bonewicz, PC,<br><br>　　　　Defendant. | No. CV-11-01439-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Voluntary Dismissal (Doc. 17) filed on December 19, 2011, and good cause appearing,

IT IS ORDERED granting the parties' Stipulation of Voluntary Dismissal (Doc. 17).

IT IS FURTHER ORDERED directing the Clerk of the Court to dismiss the above-entitled action with prejudice.

DATED this 19th day of December, 2011.

_____
Neil V. Wake
United States District Judge